| | | |
|---|---|---|
| IN RE T.P.<br>No. 13-280 | Robeson<br>(11JA226-227) | Affirmed in Part,<br>Vacated and<br>Remanded in Part. |
| IN RE S.S.<br>No. 13-420 | Currituck<br>(11JA25-27) | Affirmed |
| STATE v. MILLER<br>No. 13-54 | Guilford<br>(10CRS24332)<br>(10CRS72033-34)<br>(10CRS72112) | No Error |
| STATE v. ROBINSON<br>No. 12-1578 | Stokes<br>(10CRS50861)<br>(10CRS50865) | Vacated and<br>Remanded |
| STATE v. TODD<br>No. 13-67 | Wake<br>(12CRS200918) | No Error |
| STATE v. BOSHERS<br>No. 12-1344 | Union<br>(09CRS53823) | No Error |
| STATE v. DIVINIE<br>No. 12-1311 | Rockingham<br>(10CRS748) | No Error |
| STATE v. ELLERBEE<br>No. 12-1007 | Hoke<br>(10CRS51073-74) | No error in part;<br>reversed and<br>remanded in part |
| STATE v. MORENO<br>No. 12-1402 | Randolph<br>(08CRS53483) | No Error |
| STATE v. SAMMONS<br>No. 12-1522 | Buncombe<br>(10CRS63418) | No Error in Part;<br>Remanded for<br>Correction of a<br>Clerical Error in<br>Part. |
| TEDDER v. HIGH<br>No. 12-1397 | Columbus<br>(10CVS180) | Affirmed |
| TINCHER v. ADECCO<br>No. 12-1153 | N.C. Industrial<br>Commission<br>(712483) | Affirmed |